# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALLA ISHKIRAT, TAWIK SALMAN,
LARRY MONEYHAM and LIONNIEL
NELSON,,

Defendants.

Case No.  25 CR 562-1, 2, 3 and 4
Judge Robert W. Gettleman

## ORDER

Government's unopposed motion to dismiss indictment with prejudice against defendants Alla Ishkirat, Tawfik Salman, a/k/a "Mike," Larry Moneyham, and Lonniel Nelson, Jr., a/k/a "Rudy" [65] is granted.  Pursuant to Federal Rule of Criminal Procedure 48(a), all counts of the indictment against all defendants are dismissed with prejudice.  Telephonic hearing set for 7/14/2026 [57], Defendant Alla Ishkirat's Motion to dismiss the indictment [60], and briefing schedule set on 6/18/2026 [62] are stricken as moot.

Date:  6/22/2026

United States District Judge
Robert W. Gettleman